# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

PARAMOUNT RESTYLING AUTOMOTIVE, INC., *et al.*,

Plaintiffs,

v.

GALAXY MOTO, INC., *et al.*,

Defendants.

Case No. MC18-0056RSL

ORDER

This matter comes before the Court on third-party Amazon's opposition to plaintiffs' motion to compel. In light of the contested nature of this proceeding, the Clerk of Court is directed to give this matter a civil action number and assign it in rotation.

Dated this 5th day of June, 2018.

Robert S. Lasnik
United States District Judge

ORDER